May 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CONCERT HEALTH PLAN, INC., a/k/a CONCERT HEALTH PLAN a/k/a CONCERT HEALTH PLAN INSURANCE COMPANY, Appellant

NO. 14-12-00457-CV                          V.

HOUSTON NORTHWEST PARTNERS, LTD. d/b/a HOUSTON NORTHWEST MEDICAL CENTER; MULTIPLAN CORPORATION a/k/a MULTIPLAN, INC.; and PRIVATE HEALTHCARE SYSTEMS, INC a/k/a PHCS, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Houston Northwest Partners, Ltd. d/b/a Houston Northwest Medical Center; Multiplan Corporation a/k/a Multiplan, Inc.; and Private Healthcare Systems, Inc a/k/a PHCS, signed February 13, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Concert Health Plan, Inc., a/k/a Concert Health Plan a/k/a Concert Health Plan Insurance Company to pay all costs incurred in this appeal.

We further order this decision certified below for observance.